416

919 A.2d 194

**Deanna Rae STONE, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 10, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED and the Order of the Commonwealth Court is REVERSED. See *McGrory v. Department of Transportation, Bureau of Driver Licensing,* 591 Pa. 56, 915 A.2d 1155 (2007).

Justice FITZGERALD did not participate in the consideration or decision of this matter.